MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
ALIX R. GOLDSTEIN, ESQ.
Nevada Bar No. 16540
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
hendricksk@gtlaw.com
alix.goldstein@gtlaw.com
***Counsel for Clark County School District, Adam Canfield, David Kennedy, LJ Lord Oroke, and Allen Frischmann***

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

J.G., a minor, by and through his natural mother and guardian, ZOILA LEON YANEZ,

Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; HEARLEY SMITH, individually and in his official capacity; ADAM CANFIELD, in his official capacity; DAVID KENNEDY, individually and in his office capacity; LJ LORD OROKE, individually and in his official capacity; ALLEN FRISCHMANN, individually and in his official capacity; and DOES 1 - XX, Inclusive,

Defendants.

CASE NO. 2:26-cv-000368-MMD-DJA

**~~STIPULATION AND [PROPOSED]~~ ORDER TO EXTEND EXPERT REBUTTAL DEADLINE AND CLOSE OF DISCOVERY**

**[SECOND REQUEST]**

The Parties, Plaintiff J.G., by and through his natural parent and guardian Zoila Leon Yanez ("Plaintiff"), and Defendants Clark County School District ("CCSD"), Adam Canfield ("Canfield"), David Kennedy ("Kennedy"), LJ Lord Oroke ("Oroke"), and Allen Frischmann ("Frischmann," collectively "CCSD Defendants"), through their undersigned counsel, hereby stipulate to extend the expert rebuttal deadline as follows. This is the Parties' second request to

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002

extend discovery deadlines.

**I. STATEMENT OF DISCOVERY COMPLETED**

At the Court's direction, the Parties submitted their stipulated discovery plan and scheduling order on May 7, 2026, [ECF No. 17], and the Court entered its scheduling order on May 8, 2026, [ECF No. 18]. The Parties stipulated to, and the court granted, a modification to the discovery plan on July 23, 2026 [ECF No. 21]. The Parties have completed the following discovery to date:

1. The parties served initial disclosures pursuant to FRCP 26(a)(1) and supplements, including Plaintiff's 1st through 3rd Supplemental Disclosures.

2. On June 9, 2026, Plaintiff served his First Set of Interrogatories to CCSD.

3. On June 17, 2026, CCSD served its First Set of Interrogatories and Requests for Production to Plaintiff.

4. On July 14, 2026, CCSD served its Response to Plaintiff's First Set of Interrogatories.

5. On August 5, 2026, Plaintiff served his Responses to CCSD's First Set of Interrogatories and Requests for Production.

6. On August 24, 2026, Plaintiff served his Initial Expert Disclosures.

**II. STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED**

The following discovery remains to be completed:

1. Complete rebuttal expert disclosures.
2. Complete expert depositions.

**III. REASON FOR EXTENSION**

Rebuttal expert disclosures are currently due September 24, 2026, and discovery closes October 21, 2026. The Parties recognize that this stipulation is made "within 21 days" of the rebuttal expert disclosure deadline but submit that good cause exists to extend the deadline under LR 26-3.

Upon CCSD Defendants' review of Plaintiff's disclosure of his expert report, they noticed that Plaintiff had provided his expert with documents that were not produced in this litigation.

Plaintiff has agreed to produce those documents, but their review does not allow CCSD Defendants sufficient time to prepare their rebuttal expert report by the current deadline. The Parties therefore agreed to extend the rebuttal expert disclosure deadline by two weeks to October 8, 2026, and the close of discovery by two weeks to November 4, 2026.

This stipulation and order is sought in good faith and not for the purposes of delay.

## IV. PROPOSED SCHEDULE FOR COMPLETING ALL DISCOVERY

| **Events** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Initial Disclosures | No change | No change |
| Amend pleadings/add parties | No change | No change |
| Initial expert disclosure | No change | No change |
| Rebuttal expert disclosure | September 24, 2026 | October 8, 2026 |
| Close of discovery | October 21, 2026 | November 4, 2026 |
| Dispositive motions | November 23, 2026 | No change |
| Pre-trial order (if no dispositive motions are filed) | December 21, 2026 | No change |

**IT IS SO STIPULATED.**

DATED this 4th day of September 2026.

**LADAH LAW FIRM**

By: /s/ Ramzy Paul Ladah

RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 11405
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
517 S. Third Street
Las Vegas, Nevada 89101
***Attorneys for Plaintiff***

**GREENBERG TRAURIG, LLP**

By: /s/ Kara B. Hendricks

MARK E. FERRARIO, ESQ.
Nevada Bar No. 01625
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
ALIX R. GOLDSTEIN, ESQ.
Nevada Bar No. 16540
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
***Counsel for Clark County School District, Adam Canfield, David Kennedy, LJ Lord Oroke, and Allen Frischmann***

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2026

GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135,
Telephone: (702) 792-3773 / Facsimile: (702) 792-9002